# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

T.P.B., :
          Petitioner :
 :
     v. : No. 339 M.D. 2018
 :
Pennsylvania State Police, :
Megan's Law Section, :
          Respondent :

**PER CURIAM**                 **O R D E R**

NOW, December 11, 2019, upon consideration of Petitioner's application for reconsideration, and Respondent's answer in response thereto, the application is denied.